UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMEL DALLUGE,<br><br>                    Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF JUSTICE, ERIC H. HOLDER, and CORRESPONDENCE MANAGEMENT STAFF,<br><br>                    Defendants. | No. C11-5037 RBL/KLS<br><br>ORDER DENYING MOTION FOR SANCTIONS |

Before the court is Plaintiff's motion to begin the sanction process against Defendants. ECF No. 8. Plaintiff has been ordered to show cause why this matter should not be dismissed as frivolous and the court has not yet determined whether Plaintiff's Amended Complaint states a viable cause of action under 42 U.S.C. § 1983.

Accordingly, it is **ORDERED:**

(1)     Plaintiff's motion for sanctions (ECF No. 8) is **DENIED**.

(2)     The Clerk shall send a copy of this Order to Plaintiff.

**DATED** this   16th   day of March, 2011.

                                                            Karen L. Strombom
                                                            United States Magistrate Judge

ORDER TO AMEND OR SHOW CAUSE- 1