UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMEL DALLUGE,<br><br>                      Plaintiff,<br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, ERIC H. HOLDER, and CORRESPONDENCE MANAGEMENT STAFF,<br><br>                      Defendants. | No. C11-5037 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #12], and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is **Dismissed Without Prejudice and the dismissal counted as a strike pursuant to 28 U.S.C. 1915 (g).**

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 12th day of April, 2011.

                                                    BENJAMIN H. SETTLE
                                                    for Ronald B. Leighton
                                                    United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1