# United States District Court

WESTERN DISTRICT OF WASHINGTON

AMEL DALLUGE

v.

US DEPARTMENT OF JUSTICE, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5037RBL/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

This action is **Dismissed Without Prejudice and the dismissal counted as a strike pursuant to 28 U.S.C. 1915(g).**

| April 13, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |